No. 17,193.

NICHOLS *v*. CLIMAX URANIUM COMPANY.
(264 P. [2d] 1074)

Decided April 19, 1954.   Rehearing denied May 10, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN L. STIVERS, Mr. RICHARD S. FARR, Mr. THOMAS B. WILKINS, for plaintiff in error.

Messrs. ADAMS, HECKMAN & TRAYLOR, for defendant in error.